UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil 00-2196 ADM/SRN

Frontier Traylor Shea, LLC,

Plaintiff,

v.

ORDER OF RECUSAL

Airports Commission,

Defendant.

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: October 11, 2000.

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED OCT 12 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Frontier v. Airports CIVIL 00-2196 ADM/FLN

Magistrate Judge Noel has been assigned to this case.