IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRONTIER TRAYLOR SHEA, LLC,

Plaintiff,

v.

METROPOLITAN AIRPORTS COMMISSION,

Defendant.

Case No. 00-CV-2916-ADM/RSN

**STIPULATION AND ORDER RELATING TO THE FILING OF CERTAIN DOCUMENTS UNDER SEAL**

WHEREAS, the parties to the above-captioned lawsuit have agreed to stipulate to the admissibility of certain documents; and

WHEREAS, certain of the documents contain proprietary and confidential business information; and

WHEREAS, the parties have agreed that such documents be filed under seal.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties as follows:

1. That the documents identified in the attached Joint Stipulations to Documents Filed Under Seal (submitted without its accompanying exhibits) (hereafter the "Sealed Documents") shall be filed under seal.

2. That to the extent any confidential information contained in the Sealed Documents which is not otherwise publicly available is used or disclosed in any written submission, such written submission or portions thereof shall similarly be submitted under seal.

FILED OCT 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. That at the end of these proceedings, the Sealed Documents shall be returned to counsel for the Metropolitan Airports Commission.

Dated: October 24, 2000

Respectfully submitted,

Robert J. Huber, Esq.
LEONARD, STREET AND DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Paul W. Killian, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., N.W.
Washington, DC 20004-2415
(202) 383-0100

ATTORNEYS FOR FRONTIER TRAYLOR SHEA, LLC

OPPENHEIMER WOLFF & DONNELLY, LLP

By: ____________________
Jerome A. Miranowski, # 125593
James M. Jorissen, #262833
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

ATTORNEYS FOR THE METROPOLITAN AIRPORTS COMMISSION

**ORDER**

Based upon the foregoing Stipulation of the parties, IT IS HEREBY ORDERED:

1. That the documents identified in the attached Joint Stipulations to Documents Filed Under Seal (submitted without its accompanying exhibits) (hereafter the "Sealed Documents") shall be filed under seal.

2. That to the extent any confidential information contained in the Sealed Documents which is not otherwise publicly available is used or disclosed in any written submission, such written submission or portions thereof shall similarly be submitted under seal.

3. That at the end of these proceedings, the Sealed Documents shall be returned to counsel for the Metropolitan Airports Commission.

Dated: 10/25/00

BY THE COURT:

Franklin L Noel

Honorable Franklin Noel
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRONTIER TRAYLOR SHEA, LLC,

Plaintiff,

v.

METROPOLITAN AIRPORTS COMMISSION,

Defendant.

Case No. 00-CV-2916-ADM/RSN

**JOINT STIPULATIONS TO DOCUMENTS FILED UNDER SEAL**

The parties have stipulated the admissibility of the following Exhibits. Due to the confidentiality of the documents, they are being filed with the Court under seal. The following documents have been marked as confidential:

1. Attached hereto as Exhibit 1 is a true and correct copy of the March 17, 2000, Prequalification Statement of Frontier / Traylor / Shea, Joint Venture (the "Prequalification Statement"), which is described in the transmittal as the joint venture comprised of Frontier-Kemper Constructors Inc, Traylor Bros., Inc., and J.F. Shea Co. Inc., submitted on that date to HNTB in response to the Request for Contractor's Prequalification Statement. This document is being filed with the Court under seal.

2. Attached hereto as Exhibit 2 are true and correct copies of portions of the prequalification submittals for the other five joint ventures which were pre-qualified

FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

to bid on the project at issue in this matter. These documents are being filed with the Court under seal.

Dated: October 24, 2000

Respectfully submitted,

Robert J. Huber, Esq.
LEONARD, STREET AND DEINARD
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500

Paul W. Killian, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., N.W.
Washington, DC 20004-2415
(202) 383-0100

ATTORNEYS FOR FRONTIER TRAYLOR SHEA, LLC

OPPENHEIMER WOLFF & DONNELLY, LLP

By:
Jerome A. Miranowski, # 125593
James M. Jorissen, # 262833
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

ATTORNEYS FOR THE METROPOLITAN AIRPORTS COMMISSION